Donald Werner, Esquire
Attorney ID No.: 199521961
744 Broad Street, Suite 522, Newark, NJ 07102
Telephone No: (973) 623-0053
Fax No: (973) 623-1765

Attorney for Plaintiff

| | |
|---|---|
| Frank Constantino,<br>                     Plaintiff,<br>vs.<br><br>ACE Property & Casualty Insurance Company, Chubb Insurance Company, Metropolitan Property and Casualty Insurance Company a/k/a MetLife Auto & Home, John Doe, 1-5, Names Being Fictitious and Unknown, and ABC Corporation, 1-5, Names Being Fictitious and Unknown,<br><br>                     Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX<br><br>DOCKET NO.: ESX-L-4788-17<br><br>CIVIL ACTION<br><br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basics for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:   August 17, 2017

                                                                                                                                                                                     */s/ Michelle M. Smith*
                                                                               Michelle M. Smith, Superior Court Clerk

Name of Defendant to Be Served:   **Chubb Insurance Company**

Address of Defendant to Be Served:   **15 Mountainview Road, Warren, New Jersey 07059**

**DONALD WERNER, ESQUIRE**
744 Broad Street, Suite 522
Newark, New Jersey 07102
(973) 623-0053, Fax: (973) 623-1765
Attorney ID: 199521961

*Attorney for Plaintiff(s)*

| | |
|---|---|
| FRANK CONSTANTINO, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: ESSEX COUNTY |
| *Plaintiffs* | |
| Vs. | Docket No. L 4788-17 |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, CHUBB INSURANCE COMPANY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY a/k/a METLIFE AUTO & HOME, JOHN DOE, 1-5, Names Being Fictitious and Unknown, and ABC INSURANCE CORPORATIONS, 1-5, Names Being Fictitious and Unknown, | CIVIL ACTION |
| *Defendant(s)* | **COMPLAINT, JURY DEMAND AND CERTIFICATION** |

Plaintiff, Frank Constantino, residing at 540 Joralemon Street in Belleville, New Jersey, complaining of the Defendants, states:

## FIRST COUNT

1. On or about **NOVEMBER 1, 2014** Plaintiff, **FRANK CONSTANTINO**, was a pedestrian loading and unloading from a motor vehicle belonging to Cali Carting, Inc., and insured by Defendants, **ACE PROPERTY & CASUALTY INSURANCE COMPANY and CHUBB INSURANCE COMPANY** on Harrison Avenue in Harrison, New Jersey.

2. At said time and place an unknown uninsured driver operating an uninsured vehicle struck the Plaintiff and fled the scene of the accident.

3. Upon due diligence, insurance coverage was never determined for said fleeing uninsured vehicle.

4. The uninsured Defendant controlled, maintained and/or operated his or her motor vehicle in a careless, negligent and reckless manner and caused his or her vehicle to strike Plaintiff and Plaintiff, **FRANK CONSTANTINO**, was severely injured.

5. At said time and place the Defendants, **JOHN DOE, 1-5 Names being Fictitious and Unknown, and ABC INSURANCE CORPORATIONS, 1-5 Names being Fictitious and Unknown,** were other owners, operators, employers, employees, lessors, lessees or other persons who would benefit by the operation of the vehicle or other persons or entities who caused or contributed to the accident in some way as yet unknown.

6. On said date and time, the Plaintiff, **FRANK CONSTANTINO**, was operating a vehicle insured by the Defendant, **ACE PROPERTY & CASUALTY INSURANCE COMPANY and CHUBB INSURANCE COMPANY** under policy number H08789423.

7. There is a clause in Defendant's insurance policy regarding Uninsured Motorists Coverage Procedures.

8. Defendants, **ACE PROPERTY & CASUALTY INSURANCE COMPANY and CHUBB INSURANCE COMPANY**, invoked the option of having this Uninsured Motorists Claim handled in the court of competent jurisdiction (Superior Court of New Jersey) pursuant to the provision of said policy.

9. As a direct and proximate result of the aforesaid carelessness, negligence and recklessness of the Defendants, Plaintiff, **FRANK CONSTANTINO**, was violently tossed about, sustained injuries causing permanent disability, permanent significant disfigurement, permanent loss of bodily function, lost time from work and suffered an impairment in earning capacity, has incurred or in the future will incur expenses for the treatment of said injuries in excess of the applicable threshold, has been disabled and will in the future be disabled and not able to perform his usual functions, has been caused and in the future will be caused great pain and suffering, has been deprived and in the future will be deprived of his right to the enjoyment of life.

WHEREFORE, Plaintiff, **FRANK CONSTANTINO**, demands Judgement against the Defendant together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff, **FRANK CONSTANTINO**, repeats and adopts the allegations set forth in the First Count and inserts them herein as if repeated in length.

2. On said date and time, the Plaintiff, **FRANK CONSTANTINO**, was personally insured with the Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY a/k/a METLIFE AUTO & HOME**, under policy number 6753847010 and had an active motor vehicle insurance policy with the Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY a/k/a METLIFE AUTO & HOME.**

3. There is a clause in Plaintiff's insurance policy with the Defendant regarding Uninsured Motorist Coverage Procedures.

4. Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY a/k/a METLIFE AUTO & HOME**, invoked the option of having this Uninsured Motorists Claim handled in the court of competent jurisdiction (Superior Court of the State of New Jersey) pursuant to the provisions of said policy.

5. As a direct and proximate result of the aforesaid carelessness, negligence and recklessness of the uninsured vehicle, Plaintiff, **FRANK CONSTANTINO**, was violently tossed about, sustained injuries causing permanent disability, permanent significant disfigurement, permanent loss of bodily function, lost time from work and suffered an impairment in earning capacity, has incurred or in the future will incur expenses for the treatment of said injuries in excess of the applicable threshold, has been disabled and will in the future be disabled and not able to perform his usual functions, has

been caused and in the future will be caused great pain and suffering, has been deprived and in the future will be deprived of his right to the enjoyment of life.

WHEREFORE, Plaintiff, **FRANK CONSTANTINO**, demands Judgement against the Defendants together with interest and costs of suit.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a Trial by jury as to all issues involved herein.

## DEMAND FOR INSURANCE COVERAGE

In accordance with Rule 4:10-2, Defendants are demanded to provide a complete copy of their applicable liability insurance policies including any excess or umbrella policies with declaration sheets within thirty (30) days of service of this complaint.

## DEMAND FOR INTERROGATORIES

Plaintiff demands that Defendants answer Form C and C1 Interrogatories.

## CERTIFICATION

I hereby certify that this matter is not the subject of any other action pending in any Court or pending Arbitration proceeding, nor is any other action or Arbitration proceeding contemplated. All parties known to Plaintiff at this time, who should have been joined in this action, have been joined.

DATED: June 20, 2017

DONALD WERNER, ESQUIRE

**Appendix XII-B1**

| | | | |
|---|---|---|---|
| | **CIVIL CASE INFORMATION STATEMENT (CIS)** Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | | FOR USE BY CLERK'S OFFICE ONLY PAYMENT TYPE ☐CK ☐CG ☐CA CHG/CK NO. AMOUNT OVERPAYMENT BATCH NUMBER |

| ATTORNEY / PRO SE NAME | | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|---|
| Donald Werner, Esquire | | (973) 623-0053 | Essex |
| **FIRM NAME** (if applicable) | | | **DOCKET NUMBER** (when available) |
| Law Office of Donald Werner | | | L 4788-17 |
| **OFFICE ADDRESS** 744 Broad Street, Suite 522 Newark, New Jersey 07102 | | | **DOCUMENT TYPE** Complaint |
| | | | **JURY DEMAND** ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe Plaintiff) | CAPTION |
|---|---|
| Frank Constantino, Plaintiff | Frank Constantino vs. Ace Property & Casualty Insurance Company, Chubb Insurance Company, Metropolitan Property and Casualty Insurance Company a/k/a MetLife Auto & Home, John Doe, 1-5, Name |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |
|---|---|---|
| 621 | ☐ YES  ■ NO | IF YOU HAVE CHECKED "YES," SEE N.J.S.A 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT |

| RELATED CASES PENDING? ☐ YES   ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES   ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) Ace Property & Casualty Insurance Company, Chubb Insurance Company, Metropolitan Property and Casualty | ☐ NONE ☐ UNKNOWN |
|---|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES   ■ No | IF YES, IS THAT RELATIONSHIP ☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain) ☐ FAMILIAL                              ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES  ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

JUN 2 - 2017

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES   ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES   ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: /s/

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4 5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA
- 624 STRYKER LFIT CoCr V40 FEMORAL HEADS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category  ☐ Putative Class Action   ☐ Title 59

# New Jersey Police Crash Investigation Report

- Case Number: 14-011299
- Police Dept: Harrison Police Department
- Crash Occurred On: Harrison Avenue, at intersection with Church Square
- Speed Limit: 25
- Date of Crash: 11/01/2014, Saturday
- Time: 04:34
- Municipality Code: 0904
- Total Killed: 0
- Total Injured: 1

**Crash Description:**

Mr. Ferdin Lopez, a co-worker at Call Carting and witness to the accident, stated that while picking up garbage from the south side of Harrison Avenue that he slid garbage cans / bags over to Mr. Constantino. Mr. Constantino had the truck facing West bound on Harrison Avenue and was stopped in the lane of travel. He exited the truck and Mr. Lopez slid a bag into the middle of the East bound lane. Mr. Constantino proceeded to retrieve the bag when he was struck by a black 4 door vehicle. Mr. Lopez further stated that he saw V#1 swerve towards the left in order to avoid striking the garbage.

Officer's Signature: Daniel McChesney
Badge No: 968

NJTR-1 (R3/06)     Police Copy     Approved

Approved

| New Jersey Police Crash Investigation Report | Police Dept: Harrison Police | Code: |
| Motor Vehicle Crash Description | Station: | Case No: 14-011299 |

(Refer to vehicle by number)

| | Veh Occ | Ped In/On | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Saf Med | Equip Avail | Equip Used | Bag Dpt | Hosp Code | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

133 Crash Description

EMS responded and transported Mr. Constantino to University Hospital (UMDNJ) for further treatment. Mr. Constantino had injuries to his back, neck and was bleeding from the back of his head. MONOC generated run # 160848. Mr. Constantino could not provide a description of the vehicle due to the extent of his injuries. He was advised that upon his release from the hospital to come to headquarters to provide a statement.

The vehicle that was being operated by Mr. Constantino was legally parked on Harrison Avenue by Supervisory Staff from Cali Carting and were awaiting a licensed driver to continue the collection route.

The surveillance footage of that intersection was reviewed by Lt. Daggett and Sgt. Loy and the suspect vehicle was last seen traveling East on Harrison Avenue disregarding the red traffic signal. The vehicle then proceeded North on Frank E Rodgers Blvd. towards the Town of Kearny. No further information or description of that vehicle could be obtained from the footage.

The suspect vehicle could only be described by the witness as a black four door vehicle, possibly a Toyota.

McChesney, Daniel

Officer's Signature

968

Badge Number



| Hit & Run Pedestrian |
|---|

Sent: 2014-11-01 @ 18:14    Case: 14-11304    Author: Sgt. T. Corblies #716



At approximately 04:40 hrs on Saturday November 1, 2014 this Agency received a report of a pedestrian struck on Harrison Avenue near No. 3rd St. The pedestrian (employed as a trash collector for Cali Carting) was in the process of collecting trash on Harrison Avenue when he was struck by a small 4 door dark colored vehicle which was traveling east on Harrison Avenue (NFD). Video footage shows the suspect vehicle continued east on Harrison Avenue then north on Frank E. Rodgers Blvd. towards the Town of Kearny.

The suspect vehicle should have significant damage (not sure where the damage is on the vehicle) due to the severe injuries sustained by the victim.

At the time of this bulletin we are unable to speak to the victim.

Any Agency with information is asked to contact Sgt. Tom Gorblies or D/Sgt. David Doyle @ 973-483-4100

Special Attention Kearny Police, East Newark Police and North Arlington Police

Harrison Police Department
973-483-4100